IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:14CR51 |
| Plaintiff, | |
| vs. | ORDER |
| ADAN ZUNIGA-PEREZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 89) is granted.

2. Defendant Adan Zuniga-Perez's sentencing is continued to January 16, 2015, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 5th day of November, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge